| | | |
|---|---|---|
| STATE OF OHIO | ) | |
| | ) | AFFIDAVIT OF JULIE A. BICKIS |
| COUNTY OF CUYAHOGA | ) | |

Now comes Julie A. Bickis, who being first duly sworn according to law, deposes and states the following:

1. Affiant is counsel of record for Defendants, City of Middleburg Heights, Officer David L. Holderbaum, Officer Eric J. Burgett, Officer Joseph Duff, John W. Maddox, Jr. and Officer Raymond Bulka, in Case Number 1:11-cv-02333, in the United States District Court, Northern District of Ohio, Eastern Division.

2. Affiant states that due to usual press of business an extension is required in order to properly prepare a response to Plaintiff's First Amended Complaint.

3. Affiant further states that the Motion for Enlargement of Time to which this Affidavit is appended is interposed not for purposes of harassment or delay, but in furtherance of the interests of justice to permit consultation with said Defendants in order to frame a proper response to the First Amended Complaint filed in this action.

4. The foregoing is based upon Affiant's personal knowledge unless otherwise designated.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JULIE A. BICKIS

SWORN TO BEFORE ME, and subscribed in my presence on December 08, 2011.

_____
NOTARY PUBLIC

KARYN CULVER
Notary Public - State Of Ohio
My Commission Expires 12-2-2013

TRAVR-110245/AFFIDAVIT FOR LEAVE TO PLEAD