UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NEVA HAMMON, Individually and as Executrix of the Estate of Howard A. Hammon, III, Deceased | ) ) ) ) | CASE NO. 1:11-cv-02333-JG |
| | ) | JUDGE JAMES S. GWIN |
| Plaintiff | ) ) ) | |
| vs. | ) ) | |
| CITY OF MIDDLEBURG HEIGHTS, et al. | ) ) ) | **EXHIBIT A - DASH CAM VIDEO** |
| Defendants | ) ) | |

Exhibit A - Dash Cam Video from Officer Eric J. Burgett's Cruiser