

# CUYAHOGA COUNTY MEDICAL EXAMINER

11001 Cedar Avenue
Cleveland, OH 44106
(216) 721-5610

Thomas P. Gilson, M.D.
Medical Examiner

## Cause Of Death Report

Case Number:  IN2011-01125     Name:  Howard A Hammon III

AKA:

Date of Death:  6/13/2011

Post Type:  POST

Body Condition:  Normal

Pathologist COD Date:

On or About Death Date:

Pathologist:  Armstrong M.D., Erica J.

Gen Typist:  Nugent, Elizabeth

Cause Of Death:

*[handwritten:]* Pending

*[handwritten:] Sudden death in association w/ physical altercation, prone positioning c handcuffing, intoxication by the combined effect of ethanol, opiates and cannabinoids and cardiac hypertrophy*

*[handwritten:]* HOMICIDE

_____, M. D.     _____
Cuyahoga County Medical Examiner            Date

**Revisions:**

_____, M. D.     _____
Cuyahoga County Medical Examiner            Date

**Preliminary Marks:**

VERIFY PRESENCE OF ODH WATERMARK     HOLD TO LIGHT TO VIEW

Reg. Dist. No. 1829

Registrar's No. 1800-2011006837

**Ohio Department of Health**
**VITAL STATISTICS**
**Supplementary Medical Certification**

State File No. 2011062127

500186

Name of Deceased
**HOWARD A HAMMON III**

Place of Death
**Hospital - Emergency Room / Outpatient**

Date of Death
**June 13, 2011**

23. Registrar's Signature
*Frankie Loyton*

24. Date Filed
**SEP 0 1 2011**

25a. Certifier (Check only one)
☐ Certifying Physician
To the best of my knowledge, death occurred at the time, date, and place; and due to the cause(s) and manner stated.
☒ Coroner
On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place; and due to the cause(s) and manner stated.

26a. Time of Death
**2345**

26c. Date Pronounced Dead (Mo/Day/Year)
**June 13, 2011**

26d. Was Case referred to Coroner?
**Yes**

26e. Signature and Title of Certifier
*(signature)*
M.D., M.E.

26f. License number
**35.062126**

26g. Date Signed
**August 31, 2011**

27. Name (Last, First, Middle) and Address of Person who Completed Cause of Death
**GILSON, THOMAS P, 11001 CEDAR AVENUE, CLEVELAND, OH, 44106**

28. Part I. Enter the disease, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. Type or print in permanent black ink.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) | a. **SUDDEN DEATH IN ASSOCIATION WITH PHYSICAL ALTERCATION, PRONE POSITIONING WITH HANDCUFFING, INTOXICATION BY THE COM-** | **UNKNOWN** |
| Sequentially list conditions, if any, leading to the immediate cause. | b. Due to (or as Consequence of) **Bined Effects Of Ethanol, Opiates And Cannabinoids, And Cardiac Hypertrophy.** | **UNKNOWN** |
| Enter Underlying Cause -Last (Disease or Injury that initiated events resulting in a death) | c. Due to (or as Consequence of) | |
| | d. Due to (or as Consequence of) | |

Part II. Other Significant Conditions contributing to death but not resulting in the underlying cause given in Part I.
**Obesity, Atherosclerotic And Hypertensive Cardiovascular Disease.**

29a. Was an Autopsy Performed?
**Yes**

29b. Were Autopsy Findings Available Prior to completion of Cause of Death?
**Yes**

30. Did Tobacco Use Contribute to Death?
**Yes**

31. If Female, Pregnancy Status
**NOT APPLICABLE.**

32. Manner of Death
**Homicide**

33a. Date of Injury (Mo/Day/Year)
**June 13, 2011**

33b. Time of Injury
**23:04   a p**

33c. Place of Injury (e.g., Decedent's home, construction site, restaurant, wooded area)
**INTERSECTION OF**

33d. Injury at Work?
**No**

33e. Location of Injury (Street and Number or Rural Route Number, City or Town, State)
**Pearl (US 42) And Fowles Road(s), MIDDLEBURG HEIGHTS, OHIO**

33f. Describe How Injury Occurred:
**See Part I.**

33g. If Transportation Injury, Specify:

HEA 2752
Rev. 01/07

**THIS SUPPLEMENTARY CERTIFICATE IS TO BE COMPLETED BY THE ATTENDING PHYSICIAN OR CORONER AND FILED WITH LOCAL REGISTRAR OF VITAL STATISTICS**
Required by section 3705.27 of the Ohio Revised Code



500186



2011062127