

Federal Bureau of Investigation
Digital Evidence Laboratory

Operational Technology
ERF Building 27958A
Quantico, Virginia 22135

# REPORT OF EXAMINATION

To: Cleveland
Squad 11
Attention: SA Christopher A. Garnett

Date: July 26, 2011

Case ID No.: 343U-CV-77580 -4

Lab No.: 110629255 SH

Reference: Communication dated June 27, 2011

Ref. No.: Serial 2

Title: REQUEST FOR FBI ASSISTANCE
FROM THE CUYAHOGA COUNTY CORONER'S OFFICE;
DOMESTIC POLICE COOPERATION - MISCELLANEOUS

Date specimen received: June 29, 2011

Specimens:

Q1    One X-26 Taser, serial number X00-115933 (1B1, E4512516)

Q2    One X-26 Taser, serial number X00-124860 (1B1, E4512516)

Q3    One X-26 Taser, serial number X00-400949 (1B1, E4512516)

Request:

FEDA is requested to download all electronic data stored in the three tasers.

Opinions and Conclusions:

At the time of the examination on July 20, 2011, the internal clock times of each of the three Tasers required correction. This appears to have been the first time

correction made in several years It is believed that using the time corrections would provide a more accurate reflection of firing times on June 13, 2011.

Summary of Examination:

The complete Recorded Firing Data of each specimen was downloaded to a computer and saved to a compact disk (CD) labeled Derivative Evidence 1 (DE1). In order to complete the download, the internal time of each specimen had to be reset to match the computer time. This would affect the recorded time of future firings but does not change the prior recorded data. A time correction of 30 minutes and 27 seconds was made to Q1. A time correction of 28 minutes and 09 seconds was made to Q2. A time correction of 39 minutes and 59 seconds was made to Q3. On the evening of June 3, 2011, The Q1 Taser recorded five firings. The Q2 Taser recorded one firing and the Q3 Taser recorded four firings. A separate sheet was made showing the firings on June 3, 2011 with times corrected in accordance with the time adjustments made on July 20, 2011. This time correction sheet is also contained on the DE1 CD. Testing of the three Tasers did not indicate they were malfunctioning in any manner.

Details of Examination:

Each of the three X-26 Tasers was connected to a computer using Taser X-26 Data Download Version 17.9 and the Recording Firing Data was downloaded. Each download provides the date, time, duration, temperature and battery condition of each firing. The data only records a sequence of firings or trigger pulls. The firings could have been applied to the same probes, a series of different cartridges or a firing with no cartridge in place. A normal firing cycle duration is five seconds. Firing cycles deviating from that duration indicate the user placed the safety switch on to stop the cycle or held the trigger down to lengthen the cycle. Prior to the download, each of the three Tasers required a time correction to agree with the time on the computer which had been checked with the official U. S. Time. The Q1 specimen required a time correction of plus 0:30:27. The Q2 specimen required a time correction of plus 0:28:09. The Q3 specimen required a time correction of plus 0:39:59. This time correction is required by the software but it does not change the recorded times of prior firings in the Firing Data. The complete firing report for each Taser can be found on the DE1 CD. In addition, a sheet containing the firing times of the three Tasers on the evening of June 13, 2011 was prepared with the above time corrections added to each firing time. This time correction sheet is also contained on the DE1 CD. Prior to the data downloading of the three specimens, each was given a spark test with no cartridge in place and appeared to function normally. After the data was downloaded, each of the three specimens was connected to an oscilloscope and test fired with a 600 ohm resistive load and with a 1/1000 voltage dividing resistor load. The waveforms appeared normal. There was no indication that any of the specimens were not functioning as designed. The oscilloscope images are contained on the DE1 CD.

Derivative Evidence 1: Compact Disk (DE1)

Disposition of Evidence:

The Q1, Q2 and Q3 specimens will be returned with the DE1 CD to the Cleveland Office.

Examiner: _____
Charles W. Wilmore

Operational Technology Division
Computer Analysis Response Team

110629255 SH
TIME CORRECTIONS FOR THREE TASERS
TRIGGER PULLS ON JUNE 13, 2011

| Q1 | Recorded Time | Correction | Corrected Time | Duration |
|---|---|---|---|---|
| 1245 | 22:06:54 | 0:30:27 | 22:37:21 | 1 |
| 1246 | 22:36:09 | 0:30:27 | 23:06:36 | 5 |
| 1247 | 22:36:20 | 0:30:27 | 23:06:47 | 10 |
| 1248 | 22:36:38 | 0:30:27 | 23:07:05 | 7 |
| 1249 | 22:37:19 | 0:30:27 | 23:07:46 | 23 |

| Q2 | | | | |
|---|---|---|---|---|
| 669 | 22:39:38 | 0:28:09 | 23:07:47 | 16 |

| Q3 | | | | |
|---|---|---|---|---|
| 1067 | 22:13:28 | 0:39:59 | 22:53:27 | 1 |
| 1068 | 22:19:36 | 0:39:59 | 22:59:35 | 1 |
| 1069 | 22:26:41 | 0:39:59 | 23:06:40 | 5 |
| 1070 | 22:27:09 | 0:39:59 | 23:07:08 | 8 |



### TASER Information

| | | | |
|---|---|---|---|
| Serial # | X00-115933 | **Downloaded By** | |
| Model # | X26 | Name | Charles Wilmore |
| X26 Software Version | 21 | Dept | Examiner |
| Dataport CD Version | 17.9 | Rank | Forensic |
| Record Date Range | All Data | Windows Version | Windows XP |
| Computer Time Zone | Eastern Standard Time | Report Generated | 07/20/11 12:03:33 (local) |
| Using Daylight Savings Time | No | | |

### Recorded Firing Data

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0001 | 02/24/00 21:48:58 | 02/24/00 16:48:58 | 5 | 19 | 94 |
| 0002 | 01/06/08 02:58:16 | 01/05/08 21:58:16 | 1 | 20 | 93 |
| 0003 | 01/06/08 02:58:17 | 01/05/08 21:58:17 | 1 | 21 | 93 |
| 0004 | 01/06/08 03:12:17 | 01/05/08 22:12:17 | 1 | 21 | 93 |
| 0005 | 01/08/08 02:55:33 | 01/07/08 21:55:33 | 1 | 23 | 93 |
| 0006 | 01/08/08 02:55:42 | 01/07/08 21:55:42 | 5 | 24 | 93 |
| 0007 | 01/08/08 02:56:25 | 01/07/08 21:56:25 | 5 | 26 | 92 |
| 0008 | 01/08/08 02:59:26 | 01/07/08 21:59:26 | 1 | 28 | 91 |
| 0009 | 01/08/08 19:44:43 | 01/08/08 14:44:43 | 1 | 23 | 91 |
| 0010 | 01/10/08 03:12:09 | 01/09/08 22:12:09 | 1 | 21 | 91 |
| 0011 | 01/10/08 13:54:57 | 01/10/08 08:54:57 | 1 | 20 | 91 |
| 0012 | 01/11/08 02:58:29 | 01/10/08 21:58:29 | 1 | 21 | 91 |
| 0013 | 01/12/08 02:58:55 | 01/11/08 21:58:55 | 1 | 22 | 91 |
| 0014 | 01/13/08 03:25:49 | 01/12/08 22:25:49 | 1 | 22 | 91 |

|      | Date/Time 1         | Date/Time 2         |   |    |    |
|------|---------------------|---------------------|---|----|----|
|      | 05/10/11 19:20:10   | 05/10/11 14:20:10   | 1 | 22 | 57 |
| 1216 | 05/11/11 19:16:09   | 05/11/11 14:16:09   | 1 | 23 | 57 |
| 1217 | 05/12/11 19:18:53   | 05/12/11 14:18:53   | 1 | 23 | 56 |
| 1218 | 05/16/11 19:32:30   | 05/16/11 14:32:30   | 1 | 18 | 56 |
| 1219 | 05/17/11 14:07:44   | 05/17/11 09:07:44   | 1 | 19 | 56 |
| 1220 | 05/19/11 19:03:44   | 05/19/11 14:03:44   | 1 | 22 | 56 |
| 1221 | 05/20/11 19:11:32   | 05/20/11 14:11:32   | 1 | 19 | 56 |
| 1222 | 05/24/11 19:11:30   | 05/24/11 14:11:30   | 1 | 19 | 56 |
| 1223 | 05/25/11 14:18:47   | 05/25/11 09:18:47   | 1 | 20 | 56 |
| 1224 | 05/26/11 19:11:21   | 05/26/11 14:11:21   | 1 | 20 | 56 |
| 1225 | 05/27/11 19:21:59   | 05/27/11 14:21:59   | 1 | 19 | 56 |
| 1226 | 05/29/11 11:16:12   | 05/29/11 06:16:12   | 1 | 21 | 56 |
| 1227 | 06/01/11 11:24:17   | 06/01/11 06:24:17   | 1 | 21 | 55 |
| 1228 | 06/02/11 11:36:51   | 06/02/11 06:36:51   | 1 | 19 | 55 |
| 1229 | 06/03/11 11:16:43   | 06/03/11 06:16:43   | 1 | 18 | 55 |
| 1230 | 06/04/11 10:50:26   | 06/04/11 05:50:26   | 1 | 22 | 55 |
| 1231 | 06/04/11 10:50:31   | 06/04/11 05:50:31   | 1 | 22 | 55 |
| 1232 | 06/04/11 10:50:33   | 06/04/11 05:50:33   | 1 | 23 | 55 |
| 1233 | 06/04/11 10:50:34   | 06/04/11 05:50:34   | 1 | 23 | 55 |
| 1234 | 06/04/11 11:13:48   | 06/04/11 06:13:48   | 1 | 19 | 55 |
| 1235 | 06/05/11 11:08:44   | 06/05/11 06:08:44   | 1 | 22 | 55 |
| 1236 | 06/06/11 11:10:47   | 06/06/11 06:10:47   | 1 | 22 | 55 |
| 1237 | 06/07/11 10:49:25   | 06/07/11 05:49:25   | 1 | 24 | 54 |
| 1238 | 06/08/11 11:21:04   | 06/08/11 06:21:04   | 1 | 22 | 54 |
| 1239 | 06/09/11 11:19:01   | 06/09/11 06:19:01   | 1 | 22 | 54 |
| 1240 | 06/10/11 12:07:44   | 06/10/11 07:07:44   | 1 | 21 | 54 |
| 1241 | 06/11/11 11:12:07   | 06/11/11 06:12:07   | 1 | 20 | 54 |
| 1242 | 06/12/11 02:50:16   | 06/11/11 21:50:16   | 1 | 19 | 54 |
| 1243 | 06/12/11 11:11:19   | 06/12/11 06:11:19   | 1 | 22 | 54 |
| 1244 | 06/13/11 11:17:21   | 06/13/11 06:17:21   | 1 | 19 | 54 |
| 1245 |                     |                     |   |    |    |

|      | | | | | |
|------|--------------------|--------------------|----------|----|----|
|      | 06/14/11 03:06:54 | 06/13/11 22:06:54 | 1        | 19 | 54 |
| 1246 | 06/14/11 03:36:09 | 06/13/11 22:36:09 | 5        | 22 | 54 |
| 1247 | 06/14/11 03:36:20 | 06/13/11 22:36:20 | 10       | 24 | 53 |
| 1248 | 06/14/11 03:36:38 | 06/13/11 22:36:38 | 7        | 24 | 52 |
| 1249 | 06/14/11 03:37:19 | 06/13/11 22:37:19 | 23       | 26 | 52 |
| 1250 | 07/20/11 16:31:19 | 07/20/11 11:31:19 | Old Time |    |    |
| 1251 | 07/20/11 17:01:46 | 07/20/11 12:01:46 | New Time |    |    |

End of Report.

**Q2: JAMES L. DUFF**



| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | *X00-124860* | Name | *Charles Wilmore* |
| Model # | *X26* | Dept | *Examiner* |
| X26 Software Version | *21* | Rank | *Forensic* |
| Dataport CD Version | *17.9* | Windows Version | *Windows XP* |
| Record Date Range | *All Data* | Report Generated | *07/20/11 12:54:03 (local)* |
| Computer Time Zone | *Eastern Standard Time* | | |
| Using Daylight Savings Time | *No* | | |

**Recorded Firing Data**

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0001 | 10/13/08 17:48:06 | 10/13/08 12:48:06 | Old Time | | |
| 0002 | 10/13/08 17:48:07 | 10/13/08 12:48:07 | New Time | | |
| 0003 | 10/13/08 17:48:09 | 10/13/08 12:48:09 | Old Time | | |
| 0004 | 10/13/08 17:48:09 | 10/13/08 12:48:09 | New Time | | |
| 0005 | 10/13/08 17:50:38 | 10/13/08 12:50:38 | 5 | 26 | 99 |
| 0006 | 10/13/08 17:50:46 | 10/13/08 12:50:46 | 5 | 26 | 99 |
| 0007 | 10/13/08 17:50:53 | 10/13/08 12:50:53 | 5 | 27 | 99 |
| 0008 | 10/13/08 17:51:02 | 10/13/08 12:51:02 | 7 | 28 | 98 |
| 0009 | 10/21/08 09:53:32 | 10/21/08 04:53:32 | 1 | 22 | 98 |
| 0010 | 10/23/08 03:01:43 | 10/22/08 22:01:43 | 1 | 20 | 98 |
| 0011 | 10/25/08 19:05:21 | 10/25/08 14:05:21 | 1 | 22 | 97 |
| 0012 | 10/25/08 22:17:48 | 10/25/08 17:17:48 | 1 | 25 | 97 |
| 0013 | 10/25/08 22:17:51 | 10/25/08 17:17:51 | 1 | 25 | 97 |
| 0014 | 10/25/08 22:17:54 | 10/25/08 17:17:54 | 1 | 25 | 97 |

|      | Date/Time 1       | Date/Time 2       |          |     |    |
|------|-------------------|-------------------|----------|-----|----|
|      | 02/05/11 21:34:34 | 02/05/11 16:34:34 | 1        | 20  | 77 |
| 0646 | 02/09/11 20:46:12 | 02/09/11 15:46:12 | 1        | 20  | 77 |
| 0647 | 02/10/11 04:14:52 | 02/09/11 23:14:52 | 1        | 18  | 76 |
| 0648 | 02/24/11 20:47:26 | 02/24/11 15:47:26 | 1        | 21  | 76 |
| 0649 | 02/25/11 20:22:25 | 02/25/11 15:22:25 | 1        | 21  | 76 |
| 0650 | 03/12/11 20:56:40 | 03/12/11 15:56:40 | 1        | 20  | 76 |
| 0651 | 03/15/11 10:34:08 | 03/15/11 05:34:08 | 1        | 21  | 76 |
| 0652 | 03/22/11 20:07:17 | 03/22/11 15:07:17 | 1        | 19  | 75 |
| 0653 | 03/26/11 11:25:59 | 03/26/11 06:25:59 | 1        | 24  | 75 |
| 0654 | 03/30/11 09:18:30 | 03/30/11 04:18:30 | 1        | 25  | 75 |
| 0655 | 04/08/11 11:06:56 | 04/08/11 06:06:56 | 2        | 22  | 75 |
| 0656 | 04/28/11 16:52:05 | 04/28/11 11:52:05 | 1        | -95 | 75 |
| 0657 | 04/29/11 19:54:13 | 04/29/11 14:54:13 | 1        | 23  | 50 |
| 0658 | 04/30/11 20:27:45 | 04/30/11 15:27:45 | 1        | 21  | 50 |
| 0659 | 05/01/11 19:11:16 | 05/01/11 14:11:16 | 1        | 22  | 50 |
| 0660 | 05/09/11 19:36:21 | 05/09/11 14:36:21 | 1        | 20  | 50 |
| 0661 | 05/10/11 03:31:40 | 05/09/11 22:31:40 | 1        | 22  | 49 |
| 0662 | 05/11/11 11:44:54 | 05/11/11 06:44:54 | 1        | 20  | 49 |
| 0663 | 05/11/11 11:44:57 | 05/11/11 06:44:57 | 1        | 20  | 49 |
| 0664 | 05/20/11 19:46:12 | 05/20/11 14:46:12 | 1        | 19  | 49 |
| 0665 | 06/03/11 19:13:41 | 06/03/11 14:13:41 | 1        | 19  | 49 |
| 0666 | 06/03/11 22:10:35 | 06/03/11 17:10:35 | 1        | 24  | 49 |
| 0667 | 06/03/11 22:12:35 | 06/03/11 17:12:35 | 1        | 26  | 49 |
| 0668 | 06/08/11 03:24:14 | 06/07/11 22:24:14 | 1        | 22  | 48 |
| 0669 | 06/14/11 03:39:38 | 06/13/11 22:39:38 | 16       | 24  | 48 |
| 0670 | 07/20/11 17:23:35 | 07/20/11 12:23:35 | Old Time |     |    |
| 0671 | 07/20/11 17:51:44 | 07/20/11 12:51:44 | New Time |     |    |

End of Report.

**Q3: DAVID L. HOLDERBAUM**



| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | X00-400949 | Name | Charles Wilmore |
| Model # | X26 | Dept | Examiner |
| X26 Software Version | 21 | Rank | Forensic |
| Dataport CD Version | 17.9 | Windows Version | Windows XP |
| Record Date Range | All Data | Report Generated | 07/20/11 13:34:57 (local) |
| Computer Time Zone | Eastern Standard Time | | |
| Using Daylight Savings Time | No | | |

**Recorded Firing Data**

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0001 | 07/29/08 22:42:45 | 07/29/08 17:42:45 | Old Time | | |
| 0002 | 07/29/08 22:42:44 | 07/29/08 17:42:44 | New Time | | |
| 0003 | 07/29/08 22:43:49 | 07/29/08 17:43:49 | 5 | 23 | 99 |
| 0004 | 07/29/08 22:43:55 | 07/29/08 17:43:55 | 5 | 24 | 99 |
| 0005 | 07/29/08 22:44:02 | 07/29/08 17:44:02 | 5 | 24 | 99 |
| 0006 | 08/11/08 16:26:41 | 08/11/08 11:26:41 | Old Time | | |
| 0007 | 08/11/08 16:27:49 | 08/11/08 11:27:49 | New Time | | |
| 0008 | 08/11/08 16:27:51 | 08/11/08 11:27:51 | Old Time | | |
| 0009 | 08/11/08 16:27:51 | 08/11/08 11:27:51 | New Time | | |
| 0010 | 08/20/08 01:55:30 | 08/19/08 20:55:30 | 1 | 21 | 98 |
| 0011 | 08/20/08 03:40:54 | 08/19/08 22:40:54 | 1 | 24 | 98 |
| 0012 | 08/23/08 10:54:10 | 08/23/08 05:54:10 | 1 | 21 | 98 |
| 0013 | 08/24/08 10:52:38 | 08/24/08 05:52:38 | 1 | 22 | 98 |
| 0014 | 08/27/08 02:07:41 | 08/26/08 21:07:41 | 3 | 21 | 98 |

|  | | | | | |
|---|---|---|---|---|---|
|  | 06/11/11 11:03:32 | 06/11/11 06:03:32 | 1 | 20 | 34 |
| 1066 | 06/13/11 03:20:42 | 06/12/11 22:20:42 | 1 | 21 | 34 |
| 1067 | 06/14/11 03:13:28 | 06/13/11 22:13:28 | 1 | 20 | 34 |
| 1068 | 06/14/11 03:19:36 | 06/13/11 22:19:36 | 1 | 21 | 34 |
| 1069 | 06/14/11 03:26:41 | 06/13/11 22:26:41 | 5 | 21 | 33 |
| 1070 | 06/14/11 03:27:09 | 06/13/11 22:27:09 | 8 | 23 | 33 |
| 1071 | 07/20/11 17:25:33 | 07/20/11 12:25:33 | Old Time | | |
| 1072 | 07/20/11 18:05:32 | 07/20/11 13:05:32 | New Time | | |

End of Report.