# Middleburg Heights X26 Taser Use Report

Date/time of incident: __06/13/11    2305__    Incident Report No. __1100728__

Location of incident: __Pearl @ Fowles Rd.__

Supervisor notified: __SGT E. BURGETT & LT. BULKA__    On scene: ☑ Yes ☐ No

Type of force used or displayed by subject (check all that apply): ☐ physical ☐ impact ☐ cutting instrument ☐ firearm
☑ other  Explain: __Subject refused verbal instruction and become actively resistant to both officer's verbal instructions and come along technique__

Type of force used by officer(s) (check all that apply): ☑ physical ☐ OC spray ☐ baton ☐ less lethal ☐ firearm
☑ other  Explain: __Come along techique attempting to suggest what subject should be doing.__

Injury description (if any): __No visible injuries seen on subject.__

Treated by: ☑ EMS ☑ hospital    Admitted to hospital: ☑ Yes ☐ No

Subject under the influence of: ☐ drugs ☐ alcohol ☐ other    List substance if known: __Suspected marijuana__

Summary of action of the officer(s) involved: __Ptl Holderbaum and Sgt E Burgett initially handled subject to the point to where subject was brought to the ground in order to secure hand cuffs on same. Subject refused Holderbaum and Burgett's attempt to be hand cuffed. Subject displayed great strength when resisting officers. Holderbaum then Burgett tased subject. ~~Burgett dry stung subject followed by this officer dry stunning~~ Subject ended back up on the ground and continued his active resistance. Burgett dry stun subject followed by this officer dry stunning subject. Holderbaum continued to try to put hand cuffs on subject.__

## Subject Data

Subject's name: __HOWARD HAMMON__    (alias names) _____

Age: __41__  Sex: __M__  Height: __6 5 1__  Weight: __240__  Race: __W__

Clothing description: __Tee shirt and blue jeans__

PLAINTIFF'S EXHIBIT 2

Middleburg Hts.000404

## Application Data

Advanced Taser Serial No. X00-12486 0   Cartridge Serial No(s). _____

Number of cartridges fired: 0   Number of probe contacts: N/A

Number of stun contacts: 1   Number of probes penetrating skin: N/A

Length of time for electrical current application: ☑ programmed 5 second   If longer/shorter or more than one application, explain total time frame involved: plus additional time, trigger was held for possible additional five seconds.

Approximate distance of probe launch: N/A

Did the application cause an injury to the subject or others? ☐ Yes ☑ No   If yes, explain: _____

Did the Advanced Taser application gain compliance from the subject? ☐ Yes ☑ No

Subject's demeanor after the Advanced Taser was displayed or deployed: Subject appeared not to have the usual reaction to being tased

Where were probes disposed? N/A

## Additional Information

see report

Officer submitting this report: PM J. Duff 719
Supervisor approval: Sgt. ____ 705

Middleburg Hts.000405