1100728

## Middleburg Heights X26 Taser Use Report

Date/Time of incident: 6-13-11 / approx 2309 hours    Incident Report No. #1100728

Location of Incident: Pearl Road at Fowles Road (in front of 7584 Pearl Road)

Supervisor Notified: Lt Bulka #710 (Not on Scene), Sgt B Burgett #705 (On Scene)

Type of force used or displayed by subject (*check all that apply*): [x] physical [ ] impact [ ] cutting instrument [ ]

Explain: firearm    Subject resisted arrest and would not allow MHPD officers to handcuff him. Subject continued to use force to overcome MHPD officer efforts to handcuff him. Subject also swung fists at on scene officers.

Type of force used by officer(s) (*check all that apply*): [x] physical [ ] OC spray [ ] baton [x] less lethal [ ] firearm [ ] other    Explain: Physical force only used at first. X26 Tasers used in addition to physical force after subject would not comply and escalated in physical resisting against MHPD officers

Injury Description (if any):

Treated by: [x] EMS (Midddleburg Hts FD)  [x] hospital (Southwest General Hospital)

Admitted to Hospital: [x] Yes  [ ] No

Subject under the influence of : [x] drugs (suspected but unknown at this time) [ ] alcohol [ ] other

Summary of the action of the officer(s) involved: See report #1100728, Form 10 and (4) Form 20's

### Subject Data

Subject's Name: Howard A. Harmon III    (alias names)    unknown

Age: 41    Sex: M    Height: 6' 1"    Weight: 240lbs    Race: W

Clothing Description: Gray short sleeve shirt, Blue Jeans, Shoes

Advanced Taser Serial No: X00115933    Cartridge Serial No: Unknown

Number of Cartridges fired: 1    Number of probe contacts: 1

Number of stun conacts: 1    Number of probes penetrating skin: unknown

Length of time for electrical current application [x] programmed 5 second    If longer/shorter or more than one application, explain total time frame involved: Subject was initially Tased by this officer for (5) seconds, then a pause where subject was given verbal warnings to stop resisting arrest. Then additional deployment over (5) seconds. Probe contact was broken during second deployment and drive stun technique was then used


PLAINTIFF'S EXHIBIT 3 Burgett KMH 4-6-12

Middleburg Htts.000406

1100728

Aproximate distance of probe launch:    5-7 feet

Did the application cause an injury to the subject or others [ ] yes    [ ] no  If yes, explain: MHPD officers were not injured. Unknown if subject was injured: shortly after X26-Taser was used, subject stopped breathing. Injury assessment could not be completed

Did the Advanced Taser application gain compliance from subject? [ ] yes    [ X ] no

Subject's demeanor after the Adavanced Taser was displayed or deployed: Subject became increasingly aggressive toward MHPD officers

Where were the probes disposed: In a Moody Tube in MHPD

Additional Information:  - See MVA report #1100319 / completed by Ptl. Holderbaum
    - Form 10 #1100728 completed by Ptl. Holderbaum
    - Form 20 #1100728 completed by Ptl. Duff
    - Form 20 #1100728 completed by Ptl. Mccoy #737
    - Form 20 #1100728 completed by Lt. Bulka #710

Officer submitting this report:    Sgt. Eric Burgett #705

Supervisor Approval: